UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 02, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL LA,

    Defendant.

Case No. 2:16-cr-00078-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _PAUL LA_,

Case No. _2:16-cr-00078-MCE_ from custody for the following reasons:

    ☐ Release on Personal Recognizance

    ☐ Bail Posted in the Sum of $ _____

    ☒ Unsecured Appearance Bond $ 10,000, cosigned by daughters

    ☐ Appearance Bond with 10% Deposit

    ☐ Appearance Bond with Surety

    ☐ Corporate Surety Bail Bond

    ☒ (Other): To be released on 6/3/2016 at 10:00 A.M. to Pretrial Services.

Issued at Sacramento, California on June 02, 2016 at _3:30 p.m._

By: _[signature]_

Magistrate Judge Carolyn K. Delaney