HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Ben_Galloway@fd.org

Attorney for Defendant
PAUL LA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:16-cr-078 MCE |
|---|---|
| Plaintiff, | **AMENDED** STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| PAUL LA, | DATE: September 8, 2016<br>TIME  10:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney through Amanda Beck, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for Paul La, that the status conference scheduled for September 8, 2016 be vacated and be continued to October 20, 2016 at 10:00 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 20, 2016,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

1  DATED: September 6, 2016          Respectfully submitted,

2

3                                    HEATHER E. WILLIAMS
                                     Federal Defender

4                                    */s/ Benjamin D. Galloway*
                                     Benjamin D. Galloway
5                                    Assistant Federal Defender
                                     Attorney for PAUL LA
6

7  DATED: September 6, 2016          PHILLIP A. TALBERT
                                     Acting United States Attorney
8
                                     */s/ Amanda Beck*
9                                    Amanda Beck
                                     Assistant U.S. Attorney
10                                   Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 6, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 8, 2016 status conference shall be continued until October 20, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  September 7, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE