PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL D. ANDERSON
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　　　　　Plaintiff, <br><br>　v. <br><br>PAUL LA, <br><br>　　　　　　　　Defendant. | CASE NO. 2:16-CR-078 MCE <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: November 17, 2016 <br> TIME: 10:00 a.m. <br> COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　1.　　By previous order, this matter was set for status on November 17, 2016.

　　　2.　　By this stipulation, defendant now moves to continue the status conference until December 15, 2016, and to exclude time between November 17, 2016, and December 15, 2016, under Local Code T4.

　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　a)　　The discovery associated with this case includes 7,652 Bates-numbered items, including several audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

　　　　　b)　　Counsel for defendant desires additional time to review discovery and to consult

1  with his client about the charges.

2        c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 17, 2016 to December 15, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 4, 2016    PHILLIP A. TALBERT
                            Acting United States Attorney

                            /s/ AMANDA BECK
                            AMANDA BECK
                            Assistant United States Attorney

Dated:  November 4, 2016    /s/ BEN GALLOWAY
                            BEN GALLOWAY
                            Counsel for Defendant
                            PAUL LA

**ORDER**

IT IS SO ORDERED.

Dated:  November 10, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3