HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Ben_Galloway@fd.org

Attorney for Defendant
PAUL LA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:16-cr-078 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO TERMINATE CONDITIONS OF RELEASE IN PREPARATION FOR VOLUNTARY SURRENDER |
| v. | |
| PAUL LA, | |
| Defendant. | |

On March 16, 2017, the Court imposed a sentence of 60 months. Mr. La was ordered to self-surrender not later than 2:00 p.m. on May 11, 2017.

The parties have conferred with the Pretrial Services Agency and hereby agree and stipulate that Conditions 11 (location monitoring) and 12 (curfew) of his Special Conditions of Release (Dkt. 12) be terminated effective May 10, 2017. This will enable Mr. La's travel and voluntary surrender to the Bureau of Prisons facility at Terminal Island, in San Pedro, California on May 11, 2017.

Mr. La will meet with Pretrial Services Officer, Renee Basurto at 10:00 a.m. on May 10, 2017 to discontinue the location monitoring. Mr. La will then travel from Sacramento, California to Southern California so that he can voluntarily surrender to the Bureau of Prisons facility at Terminal Island in San Pedro, California. Officer Basurto will confirm Mr. La's hotel reservation in advance of his travel.

Stipulation and [Proposed] Order -1-

| | | |
|---|---|---|
| 1 | DATED: May 2, 2017 | Respectfully submitted, |
| 2 | | |
| | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Benjamin D. Galloway* |
| 5 | | Benjamin D. Galloway |
| | | Assistant Federal Defender |
| 6 | | Attorney for PAUL LA |
| 7 | DATED: May 2, 2017 | PHILLIP A. TALBERT |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Michael D. Anderson* |
| | | MICHAEL D. ANDERSON |
| 10 | | Assistant Federal Defender |
| | | Attorney for Plaintiff |

# ORDER

The Court hereby orders Conditions 11 (location monitoring) and 12 (curfew) of Mr. La's pretrial release be terminated effective May 10, 2017. The location monitoring unit shall be removed on May 10, 2017 by the Pretrial Services Agency.

Dated: May 2, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE