HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Movant-Defendant
PAUL LA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:16-cr-00078-MCE |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| PAUL LA, | ) | |
| Defendant-Movant. | ) | |

Good cause appearing, Defendant LA's request for a 90-day extension of time to file any supplement to his motion to reduce his sentence pursuant to the First Step Act is hereby GRANTED.

IT IS SO ORDERED.

Dated: July 2, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE